CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 28 2015

JULIA C. DUDLEY, CLERK
BY: /s/ S. Taylor
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KEVIN SNODGRASS, JR., | CASE NO. 7:15CV00075 |
| Plaintiff, | |
| v. | FINAL ORDER |
| STACY L. DAY, ET AL., | By: Hon. Glen E. Conrad |
| | Chief United States District Judge |
| Defendants. | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that plaintiff's motion to file an amended complaint (ECF No. 11) is **GRANTED**; but this civil action as amended is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as frivolous; plaintiff's pending motions regarding discovery are **DISMISSED** as moot; and this action is stricken from the active docket of the court.

ENTER: This 28th day of April, 2015.

/s/ Glen Conrad
Chief United States District Judge