CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 30 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KEVIN SNODGRASS, JR., | ) | CASE NO. 7:15CV00075 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| TORI RAIFORD, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that the plaintiff's motion for reconsideration and request to file a supplemental complaint are **DENIED**.

ENTER: This 30th day of SEPTEMBER, 2015.

/s/ Glen E. Conrad
Chief United States District Judge